UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN DAZHAN PENGTU INTERNET CO., LTD., <br><br>                    Plaintiff, <br><br> -against- <br><br> VESYNC (US) CORPORATION, <br><br>                    Defendant. | Case No. 1:25-cv-07089 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On November 11, 2025, Defendant filed a motion for a preliminary injunction. Dkts. 27-30. The parties are set to appear before the Court for their initial pretrial conference on November 20, 2025, at 11:00 a.m. Dkt. 7. Accordingly, the Court will discuss the briefing schedule and potential hearing date for Defendant's motion at that time.

Dated: November 12, 2025
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge