UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN DAZHAN PENGTU
INTERNET CO., LTD.,

                Plaintiff,

-against-

VESYNC (US) CORPORATION,

                Defendant.

Case No. 1:25-cv-07089 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 14, 2025, Defendant filed an amended counterclaim as of right. Dkt. 33. The motion to dismiss the counterclaim is therefore denied as moot without prejudice to refiling with respect to the amended counterclaim. Accordingly, the Clerk of Court is respectfully directed to terminate the motion at Dkt. 19.

Dated: November 17, 2025
        New York, New York

                                      SO ORDERED.

                                      JENNIFER L. ROCHON
                                      United States District Judge