UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHENZHEN DAZHAN
PENGTUINTERNET CO., LTD.,

                    Plaintiff,

          -against-

VESYNC (US) CORPORATION,

                    Defendant.

Case No. 1:25-cv-07089 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

The parties appeared before this Court on November 20, 2025, for an Initial Pretrial

Conference.  At the conference, the Court discussed a briefing schedule for Defendant's

Motion for Preliminary Injunction, Dkt. 27, and Plaintiff's related Motion for Expedited

Discovery, Dkt. 34.  Having heard from both parties, the Court held as follows:

Plaintiff's Motion for Expedited Discovery is GRANTED in part.  Defendant must

make Jeremy Liauw and Bill Lin available for deposition regarding their declarations.  *See*

Dkts. 29-30.  Plaintiff may seek from Defendant the production of documents related to the

three tests on which Defendant relied in its Motion for Preliminary Injunction.  Plaintiff's

request to subpoena third-party SGS IBR Laboratories is DENIED.

Plaintiff's opposition to Defendant's Motion for Preliminary Injunction must be

submitted by **December 15, 2025**.  Defendant's reply must be submitted by **December 22,**

**2025**.  The Court will hold a preliminary injunction hearing on **January 15, 2026, at 11**

**a.m.** to hear argument from the parties.

The Clerk of the Court is respectfully directed to terminate the motion at Dkt. 34.

Dated:  November 20, 2025
        New York, New York

                        SO ORDERED.

                        _____
                        JENNIFER L. ROCHON
                        United States District Judge