UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN DAZHAN PENGTU
INTERNET CO., LTD.,

                              Plaintiff,

          -against-

VESYNC (US) CORPORATION,

                              Defendant.

Case No. 1:25-cv-07089 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 20, 2025, the Court ordered Defendant to make Jeremy Liauw and Bill Lin available for deposition regarding their declarations, Dkts. 29-30, before December 15, 2025. Dkt. 40 ("Order").  On November 26, 2025, following Defendant's representations about Liauw's limited availability, Plaintiff sought an order from the Court reaffirming its Order as to Liauw, or in the alternative, extending the parties' briefing deadlines to allow for a later deposition.  Dkt. 44 ("Motion").  That same day, the Court ordered Defendant to make Liauw available for a virtual deposition before December 15, 2025, noting that failure to do so would result in a 30-day extension of the parties' deadlines.  Dkt. 45.  On November 28, 2025, Defendant requested a conference call with the Court to address the Motion.  Dkt. 46.

Accordingly, the Court will hold a virtual conference on this matter on **December 2, 2025, at 12:00 p.m.** via Teams video conference.  Counsel will receive login credentials at the email addresses on the docket.  The public list-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 433 555 012#.

Dated:  December 1, 2025
        New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge