UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN DAZHAN PENGTU
INTERNET CO., LTD.,

                    Plaintiff,

          -against-

VESYNC (US) CORPORATION,

                    Defendant.

Case No. 1:25-cv-07089 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On December 2, 2025, the Court held a conference to address the parties' discovery dispute regarding the deposition of Jeremy Liauw.  *See* Dkts. 44, 46.  For the reasons stated on the record, the Court finds that:

1.  Unless Defendant makes Liauw available for deposition before **December 15, 2025**, the parties' preliminary injunction briefing schedule will be extended as follows:

    a.  Plaintiff's deadline to oppose Defendant's motion for preliminary injunction, Dkt. 27 ("Motion"), is extended to **January 12, 2026**.

    b.  Defendant's deadline to reply is extended to **January 19, 2026**.

    c.  The parties' preliminary injunction hearing is adjourned to **February 11, 2026, at 11:30 a.m.**

2.  Should Defendant wish to refile its Motion with a new supporting declaration, it must do so by **December 4, 2025**, and the aforementioned extended dates apply to briefing and the hearing date.

3.  If Defendant includes additional declarations in support of its refiled Motion,

    Defendant must make those declarants available for deposition by Plaintiff,

    including a representative of SGS.

4.  Irrespective of Defendant's decision to refile its Motion, Defendant must make all

    declarants available for deposition **before Plaintiff's deadline to oppose**

    **Defendant's Motion**.

Dated:  December 2, 2025
        New York, New York

                                                SO ORDERED.

                                                _____
                                                JENNIFER L. ROCHON
                                                United States District Judge