# HUNTON

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

ARMIN GHIAM
DIRECT DIAL: 212 • 908 • 6207
EMAIL: aghiam@hunton.com

April 8, 2026

FILE NO: 127424.0000098

**Via ECF**

The Honorable Judge Jennifer L. Rochon
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request GRANTED.  The parties' deadline to file an application to reopen this matter is extended to **June 13, 2026**.  Any application to reopen filed thereafter may be denied solely on that basis.

**SO ORDERED.**

Dated: April 8, 2026
       New York, New York

*[signature]*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   ***Shenzhen Dazhan Pengtu Internet Co., Ltd. v. Vesync (US) Corporation***,
      <u>No. 1:25-cv-07089 (S.D.N.Y. Aug 26, 2025)</u>

Dear Judge Rochon:

   We represent the defendant, VeSync (US) Corporation ("VeSync"), in the above-referenced matter. Plaintiff Shenzhen Dazhan Pengtu Internet Co., Ltd. and VeSync jointly request a 60-day extension of the deadline to file an application to reopen this matter, which was dismissed and discontinued on February 13, 2026.

   Good cause exists for this extension. Since the case was dismissed, the parties have been working diligently to finalize a settlement agreement. The draft agreement is currently under review by the parties. Extending the deadline will allow the parties to finalize the settlement agreement, thereby conserving judicial resources and avoiding unnecessary litigation. Accordingly, the parties respectfully request that the deadline to file an application to reopen this matter be extended by 60 days to June 13, 2026.

   We thank you in advance for your time and consideration.

Sincerely,

*/s/ Armin Ghiam*

cc: All Counsel of Record